UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* BILLY JOE McLAUGHLIN, <br><br> Plaintiff, <br><br> v. <br><br> FLEMIN ORTIZ, <br><br> Defendant. | Civil Action No. <br> 19-11963-FDS |

### ORDER ON MOTION FOR AWARD OF ATTORNEY'S FEES

**SAYLOR, C.J.**

Under the False Claims Act, 31 U.S.C. § 3730, a *qui tam* plaintiff who recovers a share of the "proceeds of the action or settlement of the claim" is entitled to an award of "reasonable attorneys' fees and costs" against the defendant. 31 U.S.C. §§ 3730(d)(1) and (2). Plaintiff recovered a share of the settlement proceeds paid by defendant to the government. (Pl. Mem. at 3). Therefore, he is entitled to an award of reasonable attorney's fees against defendant. After review of the materials submitted, and in the absence of any opposition, the Court finds that that the requested amount is reasonable.

Accordingly, plaintiff's motion for an award of attorney's fees is GRANTED. Plaintiff is awarded $13,900 in attorney's fees from defendant.

**So Ordered.**

                                          /s/ F. Dennis Saylor IV
                                          F. Dennis Saylor IV

Dated: November 4, 2020          Chief Judge, United States District Judge